# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO CONTRERAS-DEJESUS,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN;
NEVADA DEPARTMENT OF
CORRECTIONS; AND STATE OF
NEVADA,
Respondents.

No. 71375

**FILED**

JUN 1 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant Francisco Contreras-Dejesus's May 4, 2016, postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Contreras-Dejesus challenged the computation of time he has served. We affirm.[1]

Contreras-Dejesus claimed that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentences pursuant to NRS 209.4465(7)(b). Contreras-Dejesus's claim lacks merit. NRS 209.4465(7) begins, "Except as otherwise provided in subsection[ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted and/or sentenced pursuant to NRS 484C.110 or 484C.430 or of category B felonies from deducting statutory credits from their minimum sentences. Contreras-Dejesus was convicted and sentenced pursuant to NRS 484C.110 and NRS 484C.430 for a category B felony for crimes committed after the effective date of NRS 209.4465(8). Accordingly,

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

17-19838

Contreras-Dejesus is not entitled to the deduction of credits from his minimum sentence, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Linda Marie Bell, District Judge
     Francisco Contreras-Dejesus
     Attorney General/Carson City
     Attorney General/Las Vegas
     Eighth District Court Clerk